EXHIBIT 5

**From:** Kim Dever [mailto:Dever@altonpolice.com]
**Sent:** Wednesday, November 02, 2016 11:33 AM
**To:** Ortega, Melanie
**Subject:** FOIA Request

# Incident Report

LAWMAN © 2015 IDS Applications

Alton Police Department
Alton Law Enforcement Center
1700 E. Broadway St.
Alton, IL 62002
Phone (618) 463-3505   e-mail patrol@altonpolice.com   Fax (618) 463-1967

Generated on 11/02/2016 @ 10:32:35

*Incident* 2016-006798  Request Assistance
*Reported* Tuesday, April 12, 2016 @ 11:48:22
*At*       322 State St 301, Alton, IL

*Entered By* 0507 Beaber, Michael

**Officer/Unit Assigned** 0507 Beaber, Michael

| Unit | 0507 | Beaber, Michael | |
|---|---|---|---|
| | Enroute | 4/12/2016 | 11:48:47 |
| | On Scene | 4/12/2016 | 11:57:36 |
| | In Service | 4/12/2016 | 13:26:00 |
| | In Service | 4/12/2016 | 13:26:31 |
| | Dispatched | 4/12/2016 | 15:47:58 |
| | On Scene | 4/12/2016 | 15:51:11 |
| | In Service | 4/12/2016 | 16:09:31 |

*Public Narrative*
**Officer contacted John F. Schlafly who advised that his sister Anne S Cori was refusing to leave his business. Cori advised she is on the board of directors for Eagle Forum and she has rights to the office. Cori agreed to leave at this time so there would be no further problems. Schlafly advised that he wanted it noted that he was missing some papers from the rear trunk of his vehicle that he believes that is sister took. it should be noted that I advised Schlafly that this was a civil matter.**

<u>Adult</u>
**John F Schlafly**
  **Reportee      on 4/12/2016**