

# Deposition of
# John Schlafly

**Date:** June 17, 2021

**Case:** PHYLLIS SCHLAFLY REVOCABLE TRUST, et al., v. ANNE CORI, et al.

**No.** 4:16-cv-01631JAR

**Court Reporter:** Tina M. Catlett, CCR

Paszkiewicz Court Reporting
Phone: 618-307-9320
Toll-Free: 855-595-3577
Fax: 618-855-9513
www.spreporting.com

EXHIBIT A

1  Q. Are there any other alleged trade
2  secrets at issue other than the database?
3  **A. I don't think so.**
4  Q. In your words, what is the Schlafly
5  Database?
6  **A. The Schlafly Database is the collection**
7  **that was assembled and built over decades of**
8  **Phyllis Schlafly supporters, donors, fans,**
9  **subscribers, members, you know, all of those words**
10 **are somewhat loosely defined, and -- but it's lists**
11 **of people, a complex collection of lists with**
12 **different parameters as to where they came from and**
13 **to, if they gave money, how much they gave, what**
14 **organization they supported, what their interests**
15 **are, and so forth. And these were originally in a**
16 **-- you know, back in the -- originally set up on --**
17 **done by handwriting on index cards and later they**
18 **were moved to a kind of an office records system**
19 **that involved typewriter and keeping a card file**
20 **and then later they were moved to a computer which**
21 **was the kind of computer they had in the 19 -- can**
22 **you hear me?**
23 Q. Yeah.
24 **A. Did you all hear that voice?**
25 Q. It sounded like an Alexa talking.

1  **A.     I hope that didn't come from me.  I**
2  **don't know where that came from.**
3  Q.     Let's just see if we have any more
4  issues with it.
5  **A.     So then eventually, you know, when**
6  **computerized, and there were several generations of**
7  **computers and, you know, eventually became computer**
8  **organized database.  We call it the database**
9  **because every time -- I'm sorry.  I'm looking for**
10 **the source of that voice.**
11 Q.     Let's go off for a second and try to
12 figure this out.
13         MR. LEIMKUEHLER:  Sure.  We are going
14 off the record at 3:55 p.m. Central Standard Time.
15         (OFF THE RECORD.)
16         MR. LEIMKUEHLER:  We are back on the
17 record at 3:56 Central Time.
18         BY MR. SOLVERUD:
19 Q.     Were you done with your answer to the
20 question?
21 **A.     Yes.**
22 Q.     So to be clear, in its first generation
23 the database was index cards, actual things, right?
24 **A.     Yes.**
25 Q.     And then it was a card file, right, I

1  think is what you -- your term?
2  **A.     Yes.**
3     Q.    And then it was actually put onto one or
4  a series of computers; is that right?
5  **A.     Yes.**
6     Q.    And now it exist, I guess, as a
7  database, it can be either on a computer or even in
8  the Cloud; is that fair?
9  **A.     Yes.**
10    Q.    But it's a thing, right, notwithstanding
11 all of that?  You can print it out, you can do
12 things to it, it's an actual object; is that fair?
13 **A.     A thing?  Okay, I guess it's a thing.**
14    Q.    Like the index cards were a thing,
15 right?
16 **A.     Yes.**
17    Q.    It's just taken different formats.  It
18 can be printed out; is that right?
19       MR. NORTHON:  Objection as to form.
20 **A.     Well, there's no -- it cannot easily be**
21 **printed out because it does not -- it wouldn't fit**
22 **on any type of paper unless it was formatted in**
23 **such a way and if so it would take many, many**
24 **thousand of pages to print it out and that would**
25 **not be useful to print it out.  I guess in**

1 **principal, any, you know, computer data that can be**
2 **translated into characters which can then be**
3 **printed on paper somehow. That wouldn't be useful**
4 **to do but theoretically I guess it could be done.**
5       BY MR. SOLVERUD:
6   Q.    It can be put onto a flash drive,
7 correct?
8   **A.**    **Yes.**
9   Q.    You could export the data to an Excel
10 spreadsheet or file, correct?
11       MR. NORTHON: Objection as to form.
12   **A.**    **It could be exported to different**
13 **formats.**
14       BY MR. SOLVERUD:
15   Q.    Among the information, if I understand
16 your testimony, it includes addresses, e-mail
17 addresses, telephone numbers, donation history and
18 records related to the donations, like who they
19 were made to; is that all fair?
20   **A.**    **Yes.**
21   Q.    Is it your position that PSRT is the
22 sole owner of the Schlafly Database?
23       MR. NORTHON: Objection as to form.
24   **A.**    **Our position is that PSRT is the owner**
25 **of the database and that it's been managed for many**

1  years by Eagle Trust Fund for the benefit of the
2  PSRT.
3           BY MR. SOLVERUD:
4       Q.    Is it your position that Eagle Trust
5  Fund is a licensee of the database?
6       A.    Yes.
7       Q.    Is that license written down anywhere?
8       A.    No.
9       Q.    Is there any sort of writing that sets
10 forth the express or explicit terms of the license
11 that's been granted Eagle Trust Fund with respect
12 to the database?
13      A.    No.
14      Q.    Does PSRT derive any income from the
15 database?
16      A.    PSRT has not derived any income from the
17 database.
18      Q.    It doesn't get license fees or anything
19 like that from Eagle Trust Fund?
20      A.    Certainly not from Eagle Trust Fund, no.
21 No.
22      Q.    Or from any other entity?
23      A.    Well, if we go back in history, during
24 Phyllis' lifetime she did derive some modest amount
25 of income from the database for several years.  I

1  think probably in the '90s.  I've seen evidence of
2  that but certainly not in the last 15 years or so.
3      Q.    In the '90s how did Phyllis derive
4  income from the database?
5      A.    She permitted a friendly organization,
6  friendly to her, to make use of some of the names
7  on the database by mailing to them.  There was kind
8  of a -- there was a term in the trade called recent
9  expirees, people who are not current but maybe
10 recently failed to renew, failed to renew their
11 subscription to The Phyllis Schlafly Report.  And
12 it was common back then for people to put recent
13 expirees and make them available for other
14 organizations to solicit, so she did that a few
15 times.
16     Q.    What friendly organizations did she do
17 that with?
18     A.    Well, I remember that -- let's see.  I'm
19 trying to think the name of the -- it was a
20 friendly person who asked her for it.  I'm not
21 certain of the organization.  It might have been
22 the National Right to Life Committee.
23     Q.    Who was the person?
24     A.    Her name has slipped my mind at the
25 moment.  It will come to me, I believe.  I know who

1 organization or the mailing house that was used to
2 send those letters, correct?
3     A.    **Well I don't have any written documents**
4 **supporting that. But what I am relying on is the**
5 **fact that this is such a -- such standard operating**
6 **procedure in the trade, in the fundraising trade,**
7 **in the industry of people who rent and manage**
8 **mailing lists. And my belief is that everybody who**
9 **is in this line of work is very, very careful about**
10 **respecting the proprietary nature of mailing lists.**
11 **And they would never divulge one customer's list to**
12 **another customer, that they would go out of**
13 **business if they did. So you are really relying on**
14 **those commercial friendships more than anything**
15 **else.**
16     Q.    The license that PSRT grants to the
17 Eagle Trust Fund as to the database, that's a
18 non-exclusive license, correct?
19     A.    **Yes.**
20     Q.    Is that revocable at will like the
21 others?
22     A.    **Yes, I guess so.**
23     Q.    And are there any specific terms as to
24 the or conditions on the use?
25     A.    **The main terms -- no, of course in the**

1  industry, the trade I've referred to, the
2  fundraising trade, the general procedure is that
3  when you share a list with somebody they pay you
4  for it.  But, so the principal difference is that
5  with Eagle Trust Fund and with the organizations
6  managed by Eagle Trust Fund and supported by
7  Phyllis Schlafly, none of these organizations ever
8  paid each other for the use of any of these lists
9  and the access to Phyllis' list was that a large
10 part of the benefits of this entire setup with
11 Eagle Trust Fund.  So it meant for example that
12 when Eagle Forum got started in 1975, it did not
13 have to pay Eagle Trust Fund for the use of Eagle
14 Trust Fund's list.  Phyllis allowed Eagle Forum to
15 get off and build itself debt free.  Any other new
16 organization would have had to go into debt in
17 order to rent somebody else's mailing list, but
18 Eagle Forum didn't have to do that because Phyllis
19 had already built up a tremendously successful list
20 of her readers, subscribers, supporters and fans
21 and she allowed Eagle Forum in effect to get the
22 benefit of those lists rent free.  And I only wish
23 that the people who are running Eagle Forum now
24 would have the decency to be grateful for that
25 benefit.  That's the reason why there was four

1  million dollars in the bank at the time of the coup
2  in 2016.
3      Q.   I think you referred to the database as
4  a collection of lists, right?
5      A.   Yeah.
6      Q.   Does EFELDF have a license to use that
7  collection of lists?
8      A.   Well, there again, Eagle Trust Fund
9  manages the Phyllis Schlafly list for the benefit
10 of EFELDF.
11     Q.   And do they have a license?
12     A.   There is no written license.  But since,
13 you know, the normal practice was that Phyllis
14 Schlafly would send out The Phyllis Schlafly Report
15 to her subscribers and include with that
16 publication a letter in which she would invite her
17 subscribers to donate to any of these
18 organizations.  She would talk about the causes
19 they were doing.  Every month it was something
20 different.  And she would invite people to check
21 the box as to which cause or which organization
22 they wanted to support.  And then when the checks
23 came back, the intention of the donor was honored
24 and that's how the -- that's how EFELDF also raised
25 money without having to pay fees.

1  Q. I asked you whether EFELDF was a
2  licensee of the list. That was it.
3  **A. Okay.**
4  Q. Is it? Yes or no?
5  **A. Well, EFELDF does not directly use the**
6  **list.**
7  Q. Okay. So it's not a licensee. A
8  license has not been granted to EFELDF?
9  **A. No. That's correct. But Eagle Trust**
10 **Fund, you know, every month, I mean, EFELDF in**
11 **effect has to go begging to Eagle Trust Fund to**
12 **send out letters on its behalf just as Eagle Forum**
13 **did.**
14 Q. Did Eagle Forum ever have a license to
15 use the list?
16 **A. No.**
17 Q. The only licensee of the list in your
18 opinion based on your position is Eagle Trust Fund?
19 **A. Yes.**
20 Q. Did Eagle Trust Fund have the right to
21 license the list to other entities?
22 **A. Well I get there's no written**
23 **restrictions. I guess it's up to the trustees of**
24 **Eagle Trust Fund, but I don't think the trustees**
25 **have ever licensed to any organization except those**