UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS SCHLAFLY REVOCABLE TRUST et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:16-CV-01631 JAR |
| ANNE CORI, et al., | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' consent motion to amend the Case Management Order. For good cause shown, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' consent motion to amend/correct the Case Management Order [204] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties' previous joint motion to amend/correct the Case Management Order [191] and the supplemental motion to amend/correct the Case Management Order [192] are **DENIED** as moot.

Dated this 4th day of November, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1