# EXHIBIT S

| From: | Ed Martin <ed@eagleforum.org> |
|---|---|
| To: | Liz Miller <liz@eagleforum.org>;John Schlafly <john@eagleforum.org> |
| Sent: | 12/7/2015 2:35:12 PM |
| Subject: | |

Liz

The below has been approved by PS.

There are three or four links that need to be added so people can click on it and get to our webpage?

Would be great to send first thing tomorrow.

Ed


Subject: Can I ask you a favor?

Dear Friend,

Are you a member of Eagle Forum? I surely hope so. If not, please click here and become a member today.

Eagle Forum has been a force in the conservative movement ever since 1972. We are the leading pro-family group and we are continuing the fight for conservative causes all over our nation.

I really want you to be a member of Eagle Forum. Our membership fee is modest - only $20 - but it helps us keep publishing our reports and supporting our state and local chapters.

Some conservative organizations are just a mailing list topped by a big name celebrity! We are an organization of men and women trained to be effective in politics and make a difference in their home communities.

If you sign up today, you will get our next PS Report so don't delay. Click here to sign up or call our Alton office at 618-462-5415.

Eagle Forum needs you. Why? Because more than ever America needs you! We need you to be **a "doer, not a hearer only."** Eagle Forum membership includes our email updates, our PS Report in your mail, and rapid and timely alerts from our D.C. office.

If you are a member of Eagle Forum, please consider giving a membership to your friends and family. Click here to do so.

2016 will be a most important year and we want Eagle Forum to be big and strong to influence the policy debate and pick the next President! We need you on our team. Please join today.

EXHIBIT S

MILLER000242

Faithfully,

PS