# EXHIBIT T

PAGEVAULT

| | |
|---|---|
| Document title: | JOIN EAGLE FORUM |
| Capture URL: | http://www.eagleforum.org/order/index.html#renew |
| Captured site IP: | 104.25.110.28 |
| Page loaded at (UTC): | Thu, 12 May 2016 20:46:51 GMT |
| Capture timestamp (UTC): | Thu, 12 May 2016 20:47:04 GMT |
| Capture tool: | v4.0.2 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/80638 |
| User: | sf-judy |

EXHIBIT T

# Eagle Forum

| Subscribe to email list | Donate |

| About Us | Contact Us | Projects | Products | Radio | Events | Topics |

Subscribe · Shop · Youtube · Blog · Feed

Share: [icons]  Search

| Join EF | Donate | Books | CDs | DVDs | Flyers |

Order Back copies of the *P.S. Report* — Politics | Education | Economics | National Defense | Feminism | Constitution

View my Cart

## Join Eagle Forum

- Donate
- Books
- CDs
- Flyers
- DVDs
- Stop ERA Supplies

Order Back copies *P.S. Report* TOPICS on:
- Politics
- Education
- Economics & Health
- National Defense
- Feminism
- Constitutional Issues

**Questions about your order?**
Call: 1-800-726-8096

**NOTICE:**
All prices on this site are for the contiguous United States.

Hawaii, Alaska, Canada please call 618-462-5415 for shipping charges.

Sorry, we do not ship internationally at this time.

You can "fly with the Eagles" by joining the most effective national organization of 80,000 men and women who share conservative and pro-family values. We have faith in God and in America, and hope in the future, based on freedom and opportunity for all.

Become a member of Eagle Forum and receive the *Phyllis Schlafly Report*. Annual membership donation of $20.

[ADD TO CART] **Subscribe/Become a Member!**
*Phyllis Schlafly Report*
$20 per year

[ADD TO CART] **Renew** my subscription!
*Phyllis Schlafly Report*
$20 per year

[ADD TO CART] **Eagle Forum Membership Pin**
Price: $10

Pin shown not actual size, dimensions given below
Size: Larger Pin 1-1/4 in. x 1-3/16 in.

Wear Eagle Forum's membership pin — the eagle worn by friends of Phyllis Schlafly ever since 1967. It's a gold-tone metal pin that never tarnishes.

[ADD TO CART] **Eagle Forum Lapel Pin**
Price: $5

Pin shown not actual size, dimensions given below:
Size: 7/16 in. x 13/16 in.

[ADD TO CART] **Subscribe!**
**Education Reporter**
*The newspaper of Education Rights*
Price: $25 per year

[ADD TO CART] Receive Both!
***Phyllis Schlafly Report***
and
***Education Reporter***
$35 per year

Eagle Forum • PO Box 618 • Alton, IL 62002 • phone: 618-462-5415 • fax: 618-462-8909 • eagle@eagleforum.org