IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHYLLIS SCHLAFLY REVOCABLE TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ANNE CORI, et al.,<br><br>　　　　Defendant. | Cause No. 4:16-cv-01631-JAR |

**STIPULATED ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT EAGLE FORUM**

Based upon the stipulation of the Parties, and the Court otherwise being advised, it is hereby ordered that:

1.　All claims asserted against Defendant Eagle Forum, and only the claims against Defendant Eagle Forum, are hereby dismissed with prejudice. Defendant Eagle Forum, only, is dismissed from the case, with no costs or fees awarded to Plaintiffs or to Defendant Eagle Forum.

2.　This dismissal shall not constitute an adjudication on the merits of Plaintiff's claims against Defendant Eagle Forum, or of Defendant Eagle Forum's defenses against such claims. Neither Defendant Eagle Forum nor Plaintiffs admit or acknowledge any wrongdoing.

IT IS SO ORDERED.

Date: 9/28/2022

_____
Hon. John A. Ross
United States District Court Judge

2