# Plaintiffs' Exhibit 2

ETF COLLECTION SUMMARY

The parties engaged Setec Investigations to perform some aspects of the collection, as well as data filtering, under the direction of Heyl Royster.

**EMAIL ACCOUNTS**

- Martin & Schlafly –
    - Primary Accounts:
        - edmartin1791@gmail.com
            - Entire account collected in March 2018
            - Estimated size: ~200 GB
        - johnschlafly@gmail.com
            - Entire account collected in March 2018
            - Estimated size: 35 GB
            - Email count: 313,296 messages

        - Search terms
            - Ed Martin Account:
                - Martin account initially filtered by an initial set of terms with a date restriction of 1/1/2015 through 12/31/2017. [Ed_s Email - Search Term List - Final (sent 3-23-18) - To Setec.xlsx]
                - Martin account then filtered by a set of revised terms. [Martin and Schlafly - Final Search Terms (3_29_18).XLSX]
                - Then adjustments to the following two terms were made:
                    - 1. Prior: "okrnewalive.com (1/1/2015 --> 12/31/2017)"
                    - Now: "**okrncw@live.com (1/1/2015 --> 12/31/2017)**"
                    - 2. Prior: "James OR Sanders (1/1/2015 --> 12/31/2017)"
                    - Now: "**Sanders (1/1/2015 --> 12/31/2017)**"

            - Schlafly account filtered by an initial set of terms. [FINAL - Schlafly - Search Terms - gmail (sent 3_30_18).XLSX]

            - Both accounts then further filtered by a set of updated terms. [Culling Criteria.xlsx]

            - Both accounts then further filtered by a set of final terms. [Culling Criteria as of 4-6-18.xlsx]

- Other Accounts:
  - john@pseagles.com
    - Estimated size: 4 MB
    - Email count: 44 messages

- Other Custodians –
  - Bruce Schlafy -
    - Account Details:
      - jmschlafly@yahoo.com
      - bschlafly@yahoo.com
      - bschlaflymd@gmail.com
    - All accounts were collected with a date restriction of 1/1/2015 through 12/31/2017.
    - The accounts were filtered by a set of search terms. [Bruce Schlafly - Search Terms Revised (1).xlsx]

## ADDITIONAL GOOGLE DATA

- Google Drive:
  - Files associated with edmartin1791@gmail.com were collected.
    - Estimated size: 11.3 GB
    - File count: 2,547 files
  - Files associated with johnschlafly@gmail.com were collected.
    - Estimated size: 1.89 GB
    - File count: 213 files

- Google Hangouts:
  - Chat data associated with edmartin1791@gmail.com was collected.
  - Chat data associated with johnschlafly@gmail.com was collected.

## COMPUTER IMAGES

Avansic was engaged to image a number of devices:
- HP Laptop (Schlafly)
- Samsung Flip phone (Schlafly)
- HP Pavilion (Martin)
- Macbook Air (Martin)
- iPhone 8 (Martin)

(See Chain of Custody document here MartinSchlaflyCOC.PDF.)

The images were then sent to Setec for indexing and filtering.

Setec applied a set of search terms to the images with a date range of 1/1/2015 through 12/31/2017 [SearchTermReport-20180508215317-4.pdf].