# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PHYLLIS SCHLAFLY REVOCABLE TRUST, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> ANNE CORI, <br><br> Defendant. | Case No. 4:16-CV-01631 JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's motion to strike Plaintiff's expert witness disclosures. (Doc. No. 248). This motion, along with many others, involves discovery disputes currently before the Special Master assigned to this case. *See* (Doc. No. 275). The issues outlined in this motion may or may not be resolved during the parties' proceedings before the Special Master. The Court will therefore deny the motion as moot, without prejudice, and grant Defendant leave to re-file the motion at a later date, if necessary.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to strike Plaintiff's expert witnesses is **DENIED as MOOT**. (Doc. No. 248). Defendant may re-file the motion at a later date, if necessary.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2023.