UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PHYLLIS SCHLAFLY REVOCABLE )
TRUST, et al., )
)
Plaintiffs, )
)
v. ) Cause No. 4-16-cv-01631-RWS
)
ANNE CORI, et al., )
)
Defendants. )

### SPECIAL MASTER'S ORDER # 10

On May 21, 2024, the Special Master conducted a hearing on *Defendant Anne Schlafly Cori's Claim for Attorneys' Fees Awarded by Special Master Order #9* ("Fee Claim") [Doc. No. 312]. Defendant appeared through counsel Erik Solverud and Arthur Gregg of Spencer Fane LLP. Plaintiffs Phyllis Schlafly Revocable Trust, Eagle Trust Fund and Eagle Forum Education and Legal Defense Fund (collectively, "Plaintiffs") appeared through counsel Kelley Farrell and Andrew Blackwell of Blitz, Bardgett, & Deutsch, L.C. Upon review of the briefing submitted by the parties, including *Plaintiff's Opposition to Defendant's Claim for Attorneys' Fees Awarded by Special Master Order #9* [Doc. No. 315], and the arguments presented at the hearing on May 21, 2024, and in consideration of the record as a whole, the Special Master finds and orders as follows.

In *Special Master Order #9* [Doc. No. 311], the Special Master awarded Defendant "(1) her reasonable attorneys' fees incurred in connection with all Phase I discovery and all Phase I dispositive motions prior to April 25, 2023, when New Counsel formally entered their appearance on behalf of Plaintiffs; and (2) her reasonable attorneys' fees incurred in connection with briefing and presenting Defendant's Motion for Discovery Sanctions." See Special Master Order #9 [Doc. No. 311], p. 3. In her Fee Claim, Defendant submits a fee claim for $98,800.00, representing her

reasonable attorneys' fees awarded by Special Master Order #9. The Special Master reviewed in detail Defendant's Fee Claim and the supporting *Declaration of Erik O. Solverud in Support of Anne Schlafly Cori's Claim for Attorneys' Fees* [Doc. No. 312-1]. The Special Master reviewed each entry in Defendant's Fee Claim and considered the reasonableness of the rate being charged, the reasonableness of the amount being charged and whether such amounts were within the scope of the fees awarded by Special Master #9.

The Special Master declines to award Defendant her attorneys' fees for work performed on March 3, 2021 ($2,091.00); March 11, 2021 ($1,435.00); and March 12, 2021 ($612.00 + $385.00), because Defendant would have prepared written discovery requests to Plaintiffs regardless of Plaintiffs' conduct which ultimately resulted in the imposition of sanctions under Rule 37 of the Federal Rules of Civil Procedure.

The Special Master also declines to award Defendant her attorneys' fees for work performed on September 27, 2021 ($1,995.00); October 4, 2021 ($1,960.00); and November 22, 2021 ($2,660.00), because Defendant's "block billing" entries on those dates prevent the Special Master from isolating and excluding certain amounts in those entries that are outside the scope of the fees awarded by Special Master Order #9.

The total amount of the reductions imposed by the Special Master is $11,138.00. Accordingly, the Special Master awards Defendant her reasonable attorneys' fees in the amount of **$87,662.00**.

SO ORDERED:

_____
The Hon. Mark D. Seigel

5/21/24
Date