**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| PHYLLIS SCHLAFLY REVOCABLE TRUST, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Cause No. 4-16-cv-01631-JAR |
| ANNE CORI, et al., ) ) | |
| Defendants. ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiffs Phyllis Schlafly Revocable Trust, Eagle Trust Fund and Eagle Forum Education and Legal Defense Fund (collectively, "Plaintiffs") and Defendant Anne Schlafly Cori ("Defendant"), state as follows for their Joint Motion to Continue Status Conference:

1.  This matter is currently set for a status conference on February 20, 2025 at 2:00 p.m. *See* Order [Doc. No. 329]. This status conference was intended to set numerous pre-trial deadlines *after* Special Master Judge Seigel has ruled on Defendant's challenges to Plaintiffs' privilege claims and *after* the parties had sufficient time to submit any objections and responses to objections, if necessary.

2.  On February 19, 2025, the parties held a conference call with Special Master Judge Seigel. During the conversation with Special Master Judge Seigel, the parties discussed a plan to complete the review of challenged documents on Plaintiffs' privilege log so that Special Master Judge Seigel could enter his rulings and the parties could file any objections and/or responses before the next status conference, as requested by this Motion.

3.	With the consent of Special Master Judge Seigel, Plaintiffs and Defendants request that the status conference currently set for February 20, 2025, be continued by sixty (60) days.  This request is made in good faith and not for delay or any other improper purpose.

WHEREFORE, Plaintiffs Phyllis Schlafly Revocable Trust, Eagle Trust Fund and Eagle Forum Education and Legal Defense Fund, and Defendant Anne Schlafly Cori, respectfully requests that the Court grant their Joint Motion to Continue Status Conference; re-set this matter for a status conference in sixty (60) days, or some later date determined by this Court; and grant such further and other relief as this Court deems just and appropriate under the circumstances.

Dated: February 19, 2025			Respectfully submitted,

**BLITZ, BARDGETT & DEUTSCH, L.C.**

By:	*/s/ Andrew W. Blackwell*
	Kelley F. Farrell, #43027MO
	Andrew W. Blackwell, #64734MO
	120 S. Central Avenue, Ste. 1500
	St. Louis, Missouri 63105
	(314) 863-1500
	(314) 863-1877 (facsimile)
	rblitz@bbdlc.com
	kfarrell@bbdlc.com
	ablackwell@bbdlc.com

*Attorneys for Plaintiffs Phyllis Schlafly Revocable Trust, Eagle Trust Fund, and Eagle Forum Education and Legal Defense Fund*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 19th day of February, 2024, a true and correct copy of the foregoing document was electronically filed via the Court's electronic filing system, which will send notice of electronic filing to all registered attorneys of record.

/s/ *Andrew W. Blackwell*

SL 6602233.2